IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM C. RODEN, M.D., | § § § | |
| Plaintiff, | § § | |
| V. | § § | 1-15-CV-255 RP |
| THE PAUL REVERE LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is the above-referenced cause. The parties have now informed the Court that they have reached a settlement of this matter. In light of the parties' settlement in this case,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal **on or before January 19, 2016**. Failure to comply with the Court's Order will result in the reinstatement of the case.

**IT IS FINALLY ORDERED** that any pending motions, settings and deadlines in this case are abated pending further order from this Court.

**SIGNED** on December 18, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE