IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM C. RODEN, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 1:15-cv-00255-RP |
| | § | |
| THE PAUL REVERE LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William C. Roden, M.D. ("Plaintiff") and Defendant The Paul Revere Life Insurance Company ("Defendant") (together, the "Parties") announce to the Court that the matters in controversy between them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Settlement Agreement and Release between the Parties, Plaintiff, and Defendant stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between the Parties be DISMISSED WITH PREJUDICE; and

2. That all attorneys' fees and costs be borne by the party incurring them.

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

**AGREED AND APPROVED:**

By: /s/ Jon Michael Smith (w/permission)
    Jon Michael Smith
    State Bar No. 18630750
    jon@jonmichaelsmith.com

3305 Northland Drive, Suite 500
Austin, Texas 78731
(512) 371-1006
(512) 476-6685 (Facsimile)

ATTORNEY FOR PLAINTIFF

By: /s/ Dennis M. Lynch
    Dennis M. Lynch
    State Bar No. 90001506
    dennis.lynch@figdav.com
    Roshanak Khosravighasemabadi
    State Bar No. 24048587
    rosh.khosravi@figdav.com

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of January, 2016, a true and correct copy of the foregoing document has been sent via the ECF system to Mr. Jon Michael Smith, 3305 Northland Drive, Suite 500, Austin, Texas 78731.

                                              /s/ Dennis M. Lynch
                                              Dennis M. Lynch

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**