IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM C. RODEN, M.D., | § § § § | |
| Plaintiff, | | |
| V. | § § | 1-15-CV-255  RP |
| THE PAUL REVERE LIFE INSURANCE COMPANY, | § § § § § | |
| Defendant. | | |

### ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice, filed January 18, 2016 (Clerk's Dkt. #19).  By way of the stipulation, the parties state they seek to dismiss all claims raised in this action.  *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing stipulation of dismissal signed by all parties who have appeared).

As the parties have all signed the stipulation, the Stipulation of Dismissal is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by the parties to this action are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions are hereby TERMINATED and the Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on January 19, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE